**FILED**

May 08, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>DONSHAEL DOMINIQUE CLARK,<br><br>           Defendant. | No. 1:20-mj-00055-BAM<br><br>ORDER OF RELEASE |

On May 8, 2020 the Central District of California filed an Order recalling the bench warrant issued on March 11, 2015, dismissing the violation petition and terminating supervision in case number 2:94-CR-00759-CAS-2.

IT IS HEREBY ORDERED that the defendant shall be RELEASED FORTHWITH.

IT IS SO ORDERED.

Dated:   **May 8, 2020**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

1